UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| MIGRANT JUSTICE, a Vermont corporation, on its own behalf and on behalf of its members; JOSE ENRIQUE BALCAZAR SANCHEZ; ZULLY PALACIOS RODRIGUEZ; JOSE VICTOR GARCIA DIAZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>KEVIN MCALEENAN, Secretary of the U.S. Department of Homeland Security (DHS); NATHALIE ASHER, Acting Executive Associate Director, U.S. Immigration and Customs Enforcement (ICE); MATTHEW ALBENCE, ICE/DHS Executive Associate Director, Enforcement and Removal Operations; WANDA MINOLI, Vermont Department of Motor Vehicles (DMV) Commissioner; UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 5:18-cv-192 |

### STIPULATION OF DISMISSAL AS TO WANDA MINOLI

  Plaintiffs Migrant Justice, Jose Enrique Balcazar Sanchez, Zully Palacios Rodriguez, and Jose Victor Garcia Diaz, by and through their undersigned counsel, hereby stipulate to the dismissal of this action against Wanda Minoli, in her official capacity as Commissioner of the Vermont Department of Motor Vehicles, with prejudice, and without costs.

- 2 -

DATED at Montpelier, Vermont this 21st day of January 2020.

                                                        ACLU FOUNDATION OF VERMONT

                              By:     *Lia Ernst, Esq.*
                                           Lia Ernst, Esq.
                                           ACLU Foundation of Vermont
                                           P.O. Box 277
                                           Montpelier, VT 05601
                                           (802) 223-6304
                                           lernst@aclu.org

                                           Counsel for Plaintiffs Migrant Justice, Jose Enrique Balcazar Sanchez, Zully Palacios Rodriguez, and Jose Victor Garcia Diaz